JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSA MERIDA,<br><br>    Plaintiff,<br><br>    v.<br><br>MONDELEZ INTERNATIONAL, INC., et al.,<br><br>    Defendants. | Case No. EDCV 21-1827-GW-SHKx<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

Based upon the Notice of Dismissal [22], it is hereby ORDERED that this action is dismissed without prejudice in its entirety.

IT IS SO ORDERED.

Dated: December 6, 2021

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE